| | |
|---|---|
| 1 | STEVE EMERY TEICH |
| | Cal. State Bar No. 78397 |
| 2 | 1390 Market Street |
| | Fox Plaza, Suite 310 |
| 3 | San Francisco, CA 94102 |
| | Telephone: (415) 864-5494 |
| 4 | |
| | Attorney for Defendant |
| 5 | EMILIO LOPEZ GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | CASE NO. 10-00220 DLJ |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | Date:       August 6, 2010 |
| | ) | Time:       9:00 a.m. |
| EMILIO LOPEZ GARCIA, | ) | Courtroom:  Hon. Judge Jensen |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOOD CAUSE APPEARING, and pursuant to the stipulation of the government and defendant Emilio Lopez Garcia,

IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled on August 6, 2010 at 9:00 a.m. before the Honorable D. Lowell Jensen, United States District Judge, is VACATED and RESET to October 1, 2010 at 9:00 a.m.

IT IS FURTHER ORDERED that the time from the date of this Order to October 1, 2010 shall be excluded in accordance with the provisions of the Speedy Trial Act counsel, 18 U.S.C. §§ 3161 (h) (7) (A) and (B) (iv), for adequate preparation of counsel and continuity of counsel. The court finds that the ends of justice served by the granting of the continuance outweigh the interests of the public and the defendant in a speedy and public trial and the failure to grant the requested

1  continuance would unreasonably deny continuity of counsel and would deny counsel the reasonable
2  time necessary for effective preparation, taking into account due diligence.
3  **SO ORDERED.**
4
5  Dated:   August 5, 2010
    _____
    HONORABLE D. LOWELL JENSEN
6   United States District Judge